# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BIG CHIEF PLANT SERVICES, LLC,**

    **Plaintiff,**

    **vs.**                                                                   **Case No. 2:18-CV-01226-SMV-CG**

**PANHANDLE MAINTENANCE, LLC**

    **Defendant,**

    **vs.**

**3 BEAR DELAWARE OPERATING-NM, LLC,**

    **Third-Party Defendant.**

## STIPULATED ORDER GRANTING JOINT MOTION TO STAY DEADLINE TO CONSENT TO MAGISTRATE JUDGE

THIS MATTER came before the Court on Plaintiff's and Defendant's Joint Motion to Stay Deadline to Consent to Magistrate Judge. Having reviewed the Joint Motion the Court finds the matter well taken, AND

THE PARTIES' JOINT MOTION IS GRANTED and the deadline for the parties to consent to proceed to a magistrate judge is extended until February 8, 2019.

                                              By: _____
                                                    The Honorable Stephan M. Vidmar
                                                    United States Magistrate Judge

Approved by:

HINKLE SHANOR LLP

By: /s/
    Lucas M. Williams
    P.O. Box 10
    Roswell, New Mexico 88202-0010
    (575) 622-6510 telephone
    (575) 623-9332 facsimile

Attorneys for Big Chief Plant Services, LLC

QUEENER LAW FIRM, P.C.

By: Approved via E-Mail 1/18/2019
    Richard L. Queener
    1304 Pile St.
    Clovis, New Mexico 88101
    (575) 935-9400 telephone
    (575) 935-9401 facsimile

Attorneys for Panhandle Maintenance, LLC