# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC.,

    Plaintiff,

v.                                                                                 No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC.,

    Defendant,

v.

3 BEAR DELAWARE OPERATING-NM, LLC.,

    Third-Party Defendant.

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court on Third-Party Defendant 3 Bear Delaware Operating-NM, LLC's ("3 Bear") *Unopposed Motion for Extension of Time to Respond to Counterclaims*, (Doc. 33), filed March 15, 2019. In the Motion, 3 Bear asks for an extension of time to file its answer or responsive pleading to Defendant Panhandle Maintenance, LLC's ("Panhandle") counterclaims until after the presiding judge has ruled on Panhandle's Motion to Set Aside the Court's Order Granting Plaintiff's Motion to Cancel Lien, (Doc. 29). 3 Bear states that if the Motion to Set Aside is denied and the lien against 3 Bear's property is cancelled, 3 Bear is no longer a proper party to this suit and it intends to file a motion to dismiss. If the Motion to Set Aside is granted, 3 Bear states it will file an answer or other responsive pleading to the counterclaims within seven days. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Third-Party Defendant 3 Bear Delaware Operating-NM, LLC's deadline to file an answer or responsive pleading is hereby extended to seven days after the Court's ruling on Panhandle's Motion to Set Aside, (Doc. 29).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE