# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC.,

    Plaintiff,

v.                                                                 No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC.,

    Defendant,

v.

3 BEAR DELAWARE OPERATING-NM, LLC.,

    Third-Party Defendant.

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court on Third-Party Defendant 3 Bear Delaware Operating-NM, LLC's ("3 Bear") *Second Unopposed Motion for Extension of Time to Respond to Counterclaims* ("Motion to Extend"), (Doc. 45), filed April 10, 2019. In the Motion, 3 Bear asks for an extension of time to file its answer or responsive pleading to Defendant Panhandle Maintenance, LLC's counterclaims. In support of this request, 3 Bear states that the parties are currently attempting to resolve the claims against 3 Bear in light of the Court's April 3, 2019 Order, (Doc. 44). The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Third-Party Defendant 3 Bear Delaware Operating-NM, LLC's may file its answer or responsive pleading no later than **April 17, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE