# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC.,

    Plaintiff,

v.                                      No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC.,

    Defendant,

v.

3 BEAR DELAWARE OPERATING-NM, LLC.,

    Third-Party Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on counsel for Defendant Panhandle Maintenance, LLC *Unopposed Motion to Allow Withdrawal of Counsel*, (Doc. 55), filed May 29, 2019. The Court, having read the Motion, noting it is unopposed, and being otherwise fully apprised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Richard L. Queener is permitted to withdraw as counsel of record for Panhandle Maintenance, LLC. Sean R. Calvert will continue to represent Panhandle Maintenance, LLC in this matter.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE