**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BIG CHIEF PLANT SERVICES, LLC.,

      Plaintiff,

v.                                 No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC.,

      Defendant,

v.

3 BEAR DELAWARE OPERATING-NM, LLC.,

      Third-Party Defendant.

## ORDER AMENDING ORDER FOR TELEPHONIC STATUS CONFERENCE AND SETTING MOTION HEARING

**THIS MATTER** is before the Court on Defendant Panhandle Maintenance, LLC.'s *Motion for Order to Compel*, (Doc. 64), filed August 9, 2019.

**IT IS HEREBY ORDERED** that the status conference previously scheduled for **Tuesday, August 20, 2019, at 2:00 p.m.**, will also function as a motion hearing. If Plaintiff does not file a written response to Defendant's Motion to Compel by the August 20, 2019 status conference and motion hearing, it may present argument or otherwise respond at the hearing.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE