# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC,
    Plaintiff/Counter-Defendant,

v.                                                                              No. CIV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
    Third-Party Defendant.

## ORDER ON MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendant Panhandle Maintenance LLC's *Motion for Order to Compel*, (Doc. 64), filed August 9, 2019; Plaintiff Big Chief Plant Services, LLC's *Response to Panhandle Maintenance, LLCs Motion to Compel*, (Doc. 71), filed August 19, 2019; and the arguments of counsel, having been heard by the Court at the Discovery Hearing, (Doc. 72), on August 20, 2019. The Court, having heard arguments of counsel and having reviewed the relevant law, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff Big Chief Plant Services, LLC shall respond to the discovery requested by Panhandle Maintenance, LLC no later than Friday, August 23, 2019.

    **IT IS FURTHER ORDERED** that Defendant Panhandle Maintenance, LLC shall notify the Court whether the discovery responses are complete and, if necessary, shall file a motion requesting sanctions for violations of this order.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE