## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC,
    Plaintiff/Counter-Defendant,

v.                                                                                 No. CIV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
    Third-Party Defendant.

## ORDER SETTING EXPEDITED BRIEFING AND MOTION HEARING

**THIS MATTER** is before the Court on Defendant Panhandle Maintenance, LLC's *Motion for Sanctions for Failure to Comply with Order on Motion to Compel and Motion to Strike*, (Doc. 78), filed August 30, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Plaintiff shall file a response to the motion no later than **Friday, September 6, 2019**;

2. Defendant may file a reply in support of the motion by **Tuesday, September 10, 2019**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion on **Wednesday, September 11, 2019, at 2:00 p.m.**, **in Albuquerque, New Mexico**. The Court will issue a later Order assigning the courtroom where the hearing will be conducted. Third-party Defendant 3 Bear Delaware Operating-NM, LLC's presence at the hearing is not required.

                                                                        _____
                                                                     THE HONORABLE CARMEN E. GARZA
                                                                     CHIEF UNITED STATES MAGISTRATE JUDGE