# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC,
    Plaintiff/Counter-Defendant,

v.

    No. CIV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
    Third-Party Defendant.

## ORDER GRANTING MOTION TO RESCHEDULE

**THIS MATTER** is before the Court on Plaintiff Big Chief Plant Services, LLC's *Unopposed Motion to Reschedule Briefing and Hearing on Motion for Sanctions* (the "Motion"), (Doc. 80), filed September 4, 2019. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised in the premise, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS HEREBY ORDERED** that the parties shall submit briefing on the Motion for Sanctions as follows:

1. Plaintiff shall file a Response to the motion no later than **Friday, September 13, 2019**;

2. Defendant may file a Reply in support of the motion by **Wednesday, September 18, 2019**.

**IT IS FURTHER ORDERED** that a telephonic status conference to discuss a date and location for a motion hearing is set for **Thursday, September 12, 2019 at 10:30a.m.** The parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings. Third-

party Defendant 3 Bear Delaware Operating-NM, LLC's presence at the conference is not required.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE