# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC,
    Plaintiff/Counter-Defendant,

v.                                                            No. CIV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
    Third-Party Defendant.

## ORDER SETTING MOTION HEARING

**THIS MATTER** is before the Court on Defendant Panhandle Maintenance, LLC's *Motion for Sanctions for Failure to Comply with Order on Motion to Compel and Motion to Strike*, (Doc. 78), filed August 30, 2019. Plaintiff's response to the Motion is due by **September 13, 2019**, and Defendant Panhandle's reply is due by **September 18, 2019**. (Doc. 81).

**IT IS HEREBY ORDERED** that the Court shall hear oral argument on the motion by telephone on **Thursday, September 19, 2019, at 2:00 p.m.** The parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings. Third-party Defendant 3 Bear Delaware Operating-NM, LLC's presence at the hearing is not required.

                                                                                            _____
                                                                                            THE HONORABLE CARMEN E. GARZA
                                                                                            CHIEF UNITED STATES MAGISTRATE JUDGE