# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BIG CHIEF PLANT SERVICES, LLC,
  Plaintiff/Counter-Defendant,

v.              No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
  Defendant/Counter-Plaintiff/
  Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
  Third-Party Defendant.

## ORDER ON MOTION FOR STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendant Panhandle Maintenance LLC's *Motion for Status Conference* (the "Motion"), (Doc. 94), filed October 3, 2019. In the Motion, Defendant requests the Court set a status conference to discuss the "proper scope of the [Court ordered Rule 30(b)(6)] deposition" and address the scheduling conflicts that arose for holding the deposition between the three interested parties. (Doc. 94 at 1-2). At the October 4, 2019, oral argument on 3 Bear's Motion for Summary Judgment, the presiding Judge discussed the contours of Defendant's request for a status conference. *See* (Doc. 95). The presiding Judge instructed counsel "to notify Judge Garza's law clerk if [a] status conference is still needed." (Doc. 95 at 2).

Counsel has not notified the Court of the need to conduct an additional status conference. As such, the Court will **DENY** Defendant Panhandle Maintenance LLC's *Motion for Status Conference*, (Doc. 94). The Court notes, however, that the previously scheduled pre-settlement status conference, set for **October 7, 2019 at 1:30p.m.** before the undersigned, will be conducted as originally scheduled.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE