**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BIG CHIEF PLANT SERVICES, LLC,
    Plaintiff/Counter-Defendant,

v.        No. CV 18-1226 SMV/CG

PANHANDLE MAINTENANCE, LLC,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

3 BEAR DELAWARE OPERATING-NM, LLC,
    Third-Party Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

At the settlement conference held on Friday, October 11, 2019, the parties reached a negotiated resolution in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than Tuesday, November 12, 2019**, absent a request showing good cause for an extension.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE